UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

In re: Grand Jury Proceedings during )
the Public Health Emergency )
caused by the Covid-19 Virus )

ORDER

President Donald J. Trump and Governor Kay Ivey have declared a public health emergency in response to the spread of the coronavirus COVID-19.  Also, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease, which include reducing the frequency and size of public gatherings and consequently reducing the requisite travel to public gatherings.

Upon consideration, the Court finds that empaneling a new Grand Jury would be inconsistent with the public health advisories and that a six-month extension of the service of the existing Grand Jury Panels 19-1, 19-2, and 19-3 is in the public interest.  See Fed. R. Crim. P. 6(g). Accordingly, the service of the Grand Jury Panels is extended for a period of six (6) months.

DONE and ORDERED this the 1st day of December 2020.

s/ Kristi K. DuBose
Kristi K. DuBose
Chief United States District Judge
Southern District of Alabama